■ EDMUND A. SCHILLAWSKI et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 32769.) — Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of the Court of Claims dismissing a claim on the merits for damages for alleged appropriation of realty for highway purposes.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ S. E. B. HOLDING CORPORATION, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 32760.) — Same decision and like cause of action as in *Schillawski* v. *State of New York* (8 A D 2d 992).

■ In the Matter of DORIS COATES. In the Matter of DORIS C. COATES.— Motion to dismiss appeals denied. See opinion in *Matter of Coates* (8 A D 2d 444).

■ CLAUDE WAFUL, Appellant, v. PITTMAN MANUFACTURING Co., Respondent.— Appeal dismissed, with $10 motion costs, for failure to comply with previous order.

■ In the Matter of the Accounting of GEORGE C. COOL et al., as Executors of MARY I. ROSS, Deceased.— Appeal dismissed unless printed records and briefs are filed and served on or before August 15, 1959.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE v. THOMAS TAGGERT.— Appeal dismissed unless printed records and briefs are filed and served on or before August 17, 1959.

■ "ART" GIAMBERDINO, INC., Plaintiff, v. MINNIE MILEO et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of THOMAS M. BURTON, Appellant, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ POLLY M. R. HUNT, as Trustee of LUELLA TYLER, Respondent, v. ROSALIE RIZZO et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

■ WILLIAM C. MURPHY, Respondent, v. LILLIAN C. MURPHY, Appellant. —Appeal dismissed, without costs, upon stipulation.

■ ELTHEA PHILLIPS et al., Appellants, v. BESSIE STRONG, Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before August 31, 1959.

■ RONALD VALLONE, an Infant, et al., Appellants, v. RICHARD TODARO et al., Respondents.— Appeal dismissed unless printed records and briefs are filed and served on or before July 31, 1959.

■ In the Matter of FRANK GALEN et al., Petitioners, against ISADOR LUBIN, as State Industrial Commissioner, Respondent.— Motion granted and proceeding dismissed, without costs.

■ THOMAS W. FURLONG, Plaintiff, v. ELMER LATINI, Defendant and Third-Party Plaintiff. WILLIAM G. DICKENSON, Third-Party Defendant.— Motion granted and appeal dismissed, with $10 motion costs.

■ VIOLA ROBERTS, Respondent, v. FRED ROBERTS, Appellant.— Motion granted and appeal dismissed, without costs.

■ In the Matter of MOSES L. GOLDBAS et al., Doing Business as GOLDBAS & GOLDBAS.— Motion granted and appeal dismissed, without costs.

■ MARY GRAHAM, Appellant, v. JOHN WALSH, Respondent.— Motion granted and appeal dismissed, without costs.

■ RAYMOND G. TEETER, JR., Appellant, v. ALLSTATE INSURANCE Co., Respondent.— Motion granted to amend order of March 18, 1959 to permit appeal upon one original record; appeal dismissed unless typewritten records and briefs are filed and served on or before August 10, 1959.